IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CATHY LOWE, | § | |
| | § | No. 470, 2023 |
| Respondent Below, | § | |
| Appellant, | § | Court Below–Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. 22-10-11TN |
| DEPARTMENT OF SERVICES | § | Petition No. 22-22631 |
| FOR CHILDREN, YOUTH AND | § | |
| THEIR FAMILIES ("DSCYF"), | § | |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: December 11, 2024
Decided: December 18, 2024

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Family Court's order on remand dated June 28, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice